UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYLER OSBORNE,
On behalf of himself and all others
similarly situated,

      Plaintiff,

v.                                                     Case No. 8:21-cv-0300-KKM-SPF

NVIROTECT PEST
CONTROL SERVICES,
INC., and CRAIG
KURRACK,

      Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING FULLY EXECUTED SETTLEMENT AGREEMENT AND GENERAL RELEASE

      Defendants, NVIROTECT PEST CONTROL SERVICES, INC., and CRAIG KURRACK ("Defendants"), by and through the undersigned counsel, hereby give notice of filing this Fully Executed Settlement Agreement and General Release in accordance with the Joint Motion for Approval of Settlement Agreement and Incorporated Memorandum of Law [ECF No. 32]. This document is intended as a substitute for Exhibit A to ECF No. 32, which was a partially-executed version of this document.

      Dated this 28th day of October, 2021.

*/s/ Kevin D. Johnson*
Kenneth G. Turkel
Florida Bar No.: 867233
David Hayes
Florida Bar No.: 96657
**BAJO CUVA COHEN TURKEL**
100 N. Tampa Street
Suite 1900
Tampa, FL 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
Email: kturkel@bajocuva.com
         dhayes@bajocuva.com

Kevin D. Johnson
Florida Bar No.: 0013749
Meaghan K. Maus
Florida Bar No.: 1006137
**JOHNSON JACKSON PLLC**
100 N. Tampa St., Suite 2310
Tampa, FL 33602
Telephone: (813) 580-8400
Facsimile: (813) 580-8407
Email: kjohnson@johnsonjackson.com
         mmaus@johnsonjackson.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2021, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel for Plaintiff.

*/s/ Kevin D. Johnson*
Attorney
