UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYLER OSBOURNE, *on behalf of himself and all others similarly situated*,

    Plaintiff,

v.

Case No. 8:21-cv-0300-KKM-SPF

NVIROTECT PEST CONTROL, INC., and CRAIG KURRACK,

    Defendants.
_____

## ORDER

The parties jointly move for court approval of their settlement agreement. (Doc. 32; Doc. 33.) In the motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claim.[1] *See Lynn Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Having reviewed the settlement agreement, the motion, and the record in this case, the Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009) (Presnell, J.).

---

[1] Though Osbourne filed this action on behalf of himself and all others similarly situated, the Court has not certified a class in this action and the parties have not requested that it do so. Additionally, the parties' joint motion notes that the settlement "pertains to Plaintiff's claims." (Doc. 32 at 1.) It does not purport to resolve the claims of any individual other than Osbourne himself.

Accordingly, the following is **ORDERED**:

1. The parties' Joint Motion for Settlement Approval (Doc. 32) is **GRANTED**.

2. The case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **ENTER** judgment in accord with the settlement agreement, **TERMINATE** any pending motions, and **CLOSE** this case.

**ORDERED** in Tampa, Florida, on October 30, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

2